EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2011 TSPR 86 |
| Wealthia M. Rodríguez Ramos | 181 DPR ____ |

Número del Caso:   TS-11,145

Fecha: 24 de mayo de 2011

Materia: Conducta Profesional- La suspensión será efectiva el 31 de mayo de 2011 fecha en que se le notificó a la abogada de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Wealthia M. Rodríguez Ramos          TS-11,145

PER CURIAM

San Juan, Puerto Rico, a 24 de mayo de 2011.

En el día de hoy, nos vemos obligados nuevamente a separar del ejercicio de la profesión a una abogada que incumplió con su deber de actualizar su dirección en el Registro Único de Abogados y Abogadas que mantiene este Tribunal. Por esta razón, se ordena la suspensión inmediata e indefinida de la Lcda. Wealthia Rodríguez Ramos del ejercicio de la abogacía.

I.

La licenciada Rodríguez Ramos fue admitida al ejercicio de la abogacía el 18 de enero de 1995. Según surge de una resolución remitida ante nos por la Junta de Educación Jurídica Continua (Junta), la abogada no cumplió con los requisitos

establecidos en el Reglamento del Programa de Educación Jurídica Continua, 164 D.P.R. 155 (2005), durante el período del 1 de enero de 2007 al 31 de diciembre de 2008, y tampoco compareció, ni por escrito ni en persona, a una vista informal a la que fue citada para que explicara las razones de su incumplimiento.

Examinada la Resolución de la Junta, el 12 de abril de 2010 emitimos una Resolución mediante la cual concedimos a la licenciada Rodríguez Ramos veinte días para que mostrara causa por la cual no debía ser suspendida de la profesión por incumplir con los requisitos del Programa de Educación Jurídica Continua y por no contestar los requerimientos de la Junta. Se le apercibió que su incumplimiento conllevaría su suspensión automática del ejercicio de la abogacía.

La notificación de esta Resolución fue enviada a una dirección fuera de Puerto Rico, la única que consta en el Registro Único de Abogados de este Tribunal, pero fue devuelta por el servicio de correo. Al día de hoy, la abogada no ha comparecido.[1]

## II.

Como se sabe, todos los abogados tienen el deber de notificar cualquier cambio en su dirección postal o física. In re Serrallés III, 119 D.P.R. 494, 495 (1987). A tales efectos, la Regla 9(j) del Tribunal Supremo le impone a todo abogado la obligación de notificar oportunamente

---

[1] El 4 de mayo de 2011 concedimos a la abogada un término adicional de quince días para cumplir con nuestros requerimientos. La Resolución a tales efectos no puede ser notificada personalmente por falta de una dirección local.

cualquier cambio de dirección, ya sea física o postal, a la Secretaría de este Tribunal. 4 L.P.R.A. Ap. XXI-AR. 9. Para facilitar este proceso hemos establecido el Registro Único de Abogados y Abogadas, cuyo propósito principal es centralizar en una sola base de datos la información de las personas autorizadas por este Tribunal a ejercer la abogacía y la notaría. De igual forma, las Reglas 65.3 y 67.2 de Procedimiento Civil, 32 L.P.R.A. Ap. V, establecen que las notificaciones sobre órdenes, resoluciones y sentencias se les notificarán a los abogados y a las abogadas a la dirección que conste en el registro del Tribunal Supremo.

A tenor con lo anterior, el 3 de junio de 2010 emitimos una Resolución, 2010 TSPR 83, 179 D.P.R. ___, mediante la cual ordenamos a los miembros de la profesión a que en cumplimiento con la Regla 9(j) del Reglamento del Tribunal Supremo, *supra*, revisaran y actualizaran, de ser necesario, sus direcciones registradas en el Registro Único de Abogados y Abogadas dentro de los próximos 30 días. Además, en dicha Resolución le recordamos a los abogados que el incumplimiento con lo ordenado en ésta podría conllevar la imposición de sanciones en su contra, incluyendo sanciones disciplinarias. No olvidemos que cuando un abogado incumple con su deber de mantener al día su dirección obstaculiza el ejercicio de nuestra jurisdicción disciplinaria. In re Sanabria Ortiz, 256 D.P.R. 345, 349 (2002); In re Santiago Méndez, 141 D.P.R.

75, 76 (1996). El incumplimiento de tal deber es suficiente para decretar la separación indefinida de la abogacía. In re Soto Colón, 155 D.P.R. 623, 642 (2001); In re Berríos Pagán, 126 D.P.R. 458, 459 (1990).

### III.

Como señaláramos, en el Registro Único de Abogados y Abogadas de este Tribunal consta una sola dirección para la licenciada Rodríguez Ramos. A esta dirección, la cual se encuentra fuera de Puerto Rico, enviamos la notificación de la Resolución que emitiéramos el 12 de abril de 2011. Esta notificación fue devuelta por el servicio de correo. De lo anterior se deduce que la licenciada Rodríguez Ramos no ha cumplido con su deber de actualizar su dirección en el registro de este Tribunal. Su incumplimiento entorpece el ejercicio de nuestra jurisdicción disciplinario. En vista de lo anterior, nos vemos obligados a suspender inmediata e indefinidamente a la licenciada Rodríguez Ramos del ejercicio de la abogacía.

La licenciada Rodríguez Ramos notificará a sus clientes que por motivo de la suspensión no puede continuar con su representación legal, y devolverá a éstos los expedientes de cualquier caso pendiente y los honorarios recibidos por trabajos no realizados. De igual manera, deberá informar de su suspensión a cualquier sala del Tribunal General de Justicia o foro administrativo en el que tenga algún caso pendiente.

Se dictará sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Ex Parte


Wealthia M. Rodríguez Ramos          TS-11,145




SENTENCIA

San Juan, Puerto Rico, a 24 de mayo de 2011.

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte de la presente Sentencia, se suspende inmediata e indefinidamente a la licenciada Rodríguez Ramos del ejercicio de la abogacía.

La licenciada Rodríguez Ramos notificará a sus clientes que por motivo de la suspensión no puede continuar con su representación legal, y devolverá a éstos los expedientes de cualquier caso pendiente y los honorarios recibidos por trabajos no realizados. De igual manera, deberá informar de su suspensión a cualquier sala del Tribunal General de Justicia o foro administrativo en el que tenga algún caso pendiente.

Así lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo